UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 08-29833 |
|---|---|---|
| | § | |
| VALERIAN KRAVTSOV | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 02/17/2011, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/24/2011        By:  /s/ David P. Leibowitz
                                     (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 08-29833 |
|---|---|---|
| | § | |
| VALERIAN KRAVTSOV | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $6,002.21
*and approved disbursements of*     $0.00
*leaving a balance on hand of[1]:*     $6,002.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Aurora Loan Services LLC | $424,232.70 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $6,002.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $1,350.20 | $0.00 | $1,350.20 |
| DAVID P. LEIBOWITZ, Trustee Expenses | $66.56 | $0.00 | $66.56 |
| Lakelaw, Attorney for Trustee Fees | $2,500.00 | $0.00 | $2,500.00 |
| Lakelaw, Attorney for Trustee Expenses | $20.24 | $0.00 | $20.24 |

Total to be paid for chapter 7 administrative expenses:     $3,937.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Remaining balance: $2,065.21

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,065.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $2,065.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $110,145.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Discover Bank/DFS Services LLC | $10,744.97 | $0.00 | $201.47 |
| 3 | Deutsche BK ELT Academic LN Group | $99,400.79 | $0.00 | $1,863.74 |

Total to be paid to timely general unsecured claims: $2,065.21
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $3,857.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | First Magnus Financial | $3,857.17 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: gbeemster            Page 1 of 1              Date Rcvd: Jan 25, 2011
Case: 08-29833                Form ID: pdf006            Total Noticed: 22

The following entities were noticed by first class mail on Jan 27, 2011.
 db         +Valerian Kravtsov,   1800 Ridge Avenue #203,   Evanston, IL 60201-5980
 aty         Carrie A Zuniga,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
 aty        +Morton H Cohon,   100 N LaSalle St. Suite 1410,   Chicago, IL 60602-3534
 aty        +Sharanya Gururajan,   Leibowitz Law Center,   420 West Clayton Street,   Waukegan, IL 60085-4216
 tr         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
12810574    +Aurora Loan Services LLC,   10350 Park Meadows Drive,   Littleton, CO 80124-6800
12810569    +Condominium Association 6030,   c/o Freeborn & Peters LLP,   311 S Wacker Drive Suite 3000,
              Chicago,IL 60606-6683
12810573    +Deutsche BK ELT Academic LN Group,   Great Lakes Higher Education Guaranty Co,   PO Box 7858,
              Madison, WI 53707-7858
12882494    +Discover Financial Services,   Northstar Services,   4285 Genesee St,
              Cheektowaga, NY 14225-1943
12882495    +Fifth Third Bank,   Weltman Weinberg & Reis,   180 N La Salle Suite 2400,
              Chicago, IL 60601-2704
12810578    +Fifth Third Bank,   c/o Weltman Weinberg & Reis,   180 N La Salle Suite 2400,
              Chicago,IL 60601-2704
12810579    +First Magnus Financial,   c/o Stuart Allan & Associates,   5447 E 5th Street Suite 110,
              Tuscon,AZ 85711-2345
12810571    +GMAC Mortgage LLC,   c/o Codillis & Assoc,   15W030 North Frontage Rd Suite 100,
              Burr Ridge,IL 60527-6921
12810570     HSBC Bank,   c/o Codillis & Assoc,   15 W 030 North Frontage Road Suite 100,
              Burr Ridge,IL 60527
12810572     Ilinois Tollway,   PO Box 5201,   Lisle,IL 60532-5201
12882497    +Lipincott Williams & Wilkins,   P O Box 1610,   Hagerstown, MD 21741-1610
12882493    +Sixty Thirty Condominium Assoc,   Freeborn & Peters LLP,   311 S Wacker Drive Suite 3000,
              Chicago, IL 60606-6679
12810575    +Washington Mutual Providian,   c/o Arrow Financial Services,   7301 N Lincoln Avenue Suite 220,
              Lincolnwood,IL 60712-1733

The following entities were noticed by electronic transmission on Jan 25, 2011.
12810577     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 26 2011 00:59:00      Discover Financial Services,
              PO Box 15316,   Wilmington,DE 19850
13518081     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 26 2011 00:59:00
              Discover Bank/DFS Services LLC,   P.O. Box 3025,   New Albany, OH 43054-3025
12882496    +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   P O Box 2020,
              Aurora, IL 60507-2020
12810576    +E-mail/Text: bnc@nordstrom.com                           Nordstrom FSB,   PO Box 13589,
              Scottsdale,AZ 85267-3589
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*       +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 27, 2011**                    **Signature:** _Joseph Speetjens_