FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 14 2011
KENNETH S. GARDNER, CLERK
PS REP. - SJ

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
VALERIAN KRAVTSOV                   )    Case No. 08-29833
                                    )
        Debtor                      )
                                    )

OBJECTION TO TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

Now Comes Morton H. Cohon, attorney for Debtor herein and in support of his Objection to the Trustee's Final Report and Application for Compensation states as follows:

1. That at the time of the filing of the Bankruptcy Petition herein, Debtor's Bank, under a Citation to Discover Assets, transferred the proceeds of Debtor's bank account in the sum of $7,699.26 to Sixty Thirty Condominum Association, a judgment creditor.

2. That the Trustee herein filed an Adversary Proceeding which alleged said creditor received an avoidable preference which resulted in a settlement approved by this Honorable Court in the sum of $6,000.00 for the estate.

3. That debtor's Schedule C claimed an exemption of $4,000.00 pursuant to Section 735 of the Illinois Code of Civil Procedure 5/12-1001 (b) states "The debtor's equity interest notto exceed $4000.00 in value in any other property". A copy of said Schedule C is attached hereto and made a part hereof.

4. That inspite of many requests, the trustee has declined to honor the exemption and is using the proceeds for his fees.

WHEREFORE, debtor prays that his exemption of $4,000 be allowed and Trustee's Application for compensation be adjusted accordingly.

                                        Respectfully submitted,

                                        /s/ Morton H. Cohon
                                        MORTON H. COHON, attorney for debtor

MORTON H. COHON ARDC#0480606
100 N. La Salle St., Suite 1610
Chicago, Il. 60602
312-782-6366

Form B6C
(10/05)

In re Valerian Kravtsov,                                     Case No. 08B 29833
         Debtor                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $125,000.
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| couch, sofa, chair, tv set and bed | 735 ILCS 5/12-1001 | $200.00 | $200.00 |
| 1 suit, 6 pr slacks, 12 shirts, 5 pr shoes, 1 coat and miscelaneous items of wearing apparel | "     "     "     " | $100.00 | $100.00 |
| work table | "     "     "     " | $1,500.00 | $1,000.00 |
| condominium apartment 1800 Ridge Ave Unit #203 Evanston, Il. 60201 | "     "     "     " | $15,000 | $350,000 |
| monies held under a garnishment | "     "     "     " | $4,000 | $9,000 |