UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §        Case No. 08-29833-JPC
                                                §
VALERIAN KRAVTSOV                               §
                                                §
                                                §
           Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $360,800.00 | Assets Exempt: | $18,800.00 |
| Total Distributions to Claimants: | $2,065.63 | Claims Discharged Without Payment: | $198,891.55 |
| Total Expenses of Administration: | $3,937.00 | | |

3)   Total gross receipts of $6,002.63  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $6,002.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $450,000.00 | $424,232.70 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,559.50 | $3,937.00 | $3,937.00 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $201,508.26 | $114,002.93 | $114,002.93 | $2,065.63 |
| **Total Disbursements** | $651,508.26 | $543,795.13 | $117,939.93 | $6,002.63 |

4). This case was originally filed under chapter 7 on 11/03/2008. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2011        By:    /s/ David P. Leibowitz
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 09-01296 Leibowitz v. Sixty Thirty Condominium Association | 1141-000 | $6,000.00 |
| Interest Earned | 1270-000 | $2.63 |
| **TOTAL GROSS RECEIPTS** | | **$6,002.63** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Aurora Loan Services LLC | 4110-000 | $450,000.00 | $424,232.70 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$450,000.00** | **$424,232.70** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,350.20 | $1,350.20 | $1,350.20 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $66.56 | $66.56 | $66.56 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $4,122.50 | $2,500.00 | $2,500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $20.24 | $20.24 | $20.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$5,559.50** | **$3,937.00** | **$3,937.00** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---:|---:|---:|---:|
| 3 | Deutsche BK ELT Academic LN Group | 7100-000 | $99,309.04 | $99,400.79 | $99,400.79 | $1,864.12 |
| 4 | First Magnus Financial | 7200-000 | $4,500.00 | $3,857.17 | $3,857.17 | $0.00 |
| | Discover Bank/DFS Services LLC | 7100-000 | $10,744.97 | $10,744.97 | $10,744.97 | $201.51 |
| | Fifht Third Bank | 7100-000 | $22,000.00 | NA | NA | $0.00 |
| | Fifth Third Bank | 7100-000 | $22,000.00 | NA | NA | $0.00 |
| | HSBC Bank USA NA | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Lipincott, Silliam & Wilkins | 7100-000 | $11.74 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $61.29 | NA | NA | $0.00 |
| | Nordstrom FSB | 7100-000 | $10,000.00 | NA | NA | $0.00 |
| | Sixty Thirty Condominium Association | 7100-000 | $2,881.22 | NA | NA | $0.00 |
| | Washington Mutual Providian | 7100-000 | $30,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $201,508.26 | $114,002.93 | $114,002.93 | $2,065.63 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 08-29833-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KRAVTSOV, VALERIAN | Date Filed (f) or Converted (c): | 11/03/2008 (f) |
| For the Period Ending: | 5/2/2011 | §341(a) Meeting Date: | 12/09/2008 |
| | | Claims Bar Date: | 04/21/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Condominuim Unit | $350,000.00 | $0.00 | DA | $0.00 | FA |
| 2  HOUSEHOLD GOODS AND FURNISHINGS | $200.00 | $0.00 | DA | $0.00 | FA |
| 3  WEARING APPAREL | $100.00 | $0.00 | DA | $0.00 | FA |
| 4  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 5  Monies held under a garnishment | $9,000.00 | $5,699.26 | DA | $0.00 | FA |
| 6  09-01296 Leibowitz v. Sixty Thirty Condominium Association | $0.00 | $9,000.00 | DA | $6,000.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $2.63 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$360,800.00      $14,699.26      $6,002.63      $0.00

**Major Activities affecting case closing:**

preference case filed

preference case filed 01/12/10  settlement approved by bankruptcy court
TFR submitted to UST for Review

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2010 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/30/2010 | DAVID LEIBOWITZ |

Page No: 1
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9
Case 08-29833   Doc 51   Filed 07/14/11   Entered 07/14/11 15:25:58   Desc Main
Document   Page 6 of 10

| **Case No.** | 08-29833-JPC | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | KRAVTSOV, VALERIAN | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******6685 | | **Money Market Acct #:** | ******1165 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 11/3/2008 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/2/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/22/2010 | (6) | Sixty-Thirty North Sheridan Condominium | | 1141-000 | $3,000.00 | | $3,000.00 |
| 04/22/2010 | (6) | Sixty-Thirty North Sheridan Condominium | | 1141-000 | $3,000.00 | | $6,000.00 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.05 | | $6,000.05 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.36 | | $6,000.41 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.25 | | $6,000.66 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $6,000.66 | $0.00 |
| | | | **TOTALS:** | | $6,000.66 | $6,000.66 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $6,000.66 | |
| | | | **Subtotal** | | $6,000.66 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,000.66 | $0.00 | |

| **For the period of 11/3/2008 to 5/2/2011** | | **For the entire history of the account between 04/06/2010 to 5/2/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.66 | Total Compensable Receipts: | $6,000.66 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.66 | Total Comp/Non Comp Receipts: | $6,000.66 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,000.66 | Total Internal/Transfer Disbursements: | $6,000.66 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

Case 08-29833    Doc 51    Filed 07/14/11    Entered 07/14/11 15:25:58    Desc Main
Document    Page 7 of 10

| Case No. | 08-29833-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KRAVTSOV, VALERIAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6685 | | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 11/3/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $0.00 | $0.00 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $0.00 | $0.00 | |

**For the period of 11/3/2008 to 5/2/2011**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/10/2010 to 5/2/2011**

| Total Compensable Receipts: | $0.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-29833-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KRAVTSOV, VALERIAN | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******6685 | | Checking Acct #: | ******9833 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/3/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/21/2011 | | Transfer From: #******9833 | | 9999-000 | $6,002.63 | | $6,002.63 |
| 02/21/2011 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,350.20 | $4,652.43 |
| 02/21/2011 | 2002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $66.56 | $4,585.87 |
| 02/21/2011 | 2003 | Lakelaw | Claim #: 0; Amount Claimed: 4,122.50; Amount Allowed: 2,500.00; Distribution Dividend: 100.00; | 3110-000 | | $2,500.00 | $2,085.87 |
| 02/21/2011 | 2004 | Lakelaw | Claim #: ; Amount Claimed: 20.24; Amount Allowed: 20.24; Distribution Dividend: 100.00; | 3120-000 | | $20.24 | $2,065.63 |
| 02/21/2011 | 2005 | Discover Bank/DFS Services LLC | Claim #: 2; Amount Claimed: 10,744.97; Amount Allowed: 10,744.97; Distribution Dividend: 1.88; | 7100-000 | | $201.51 | $1,864.12 |
| 02/21/2011 | 2006 | Deutsche BK ELT Academic LN Group | Claim #: 3; Amount Claimed: 99,400.79; Amount Allowed: 99,400.79; Distribution Dividend: 1.88; | 7100-000 | | $1,864.12 | $0.00 |

|  |  | | | | |
|---|---|---|---|---|---|
| | **TOTALS:** | | | $6,002.63 | $6,002.63 | $0.00 |
| | Less: Bank transfers/CDs | | | $6,002.63 | $0.00 | |
| | Subtotal | | | $0.00 | $6,002.63 | |
| | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | **Net** | | | $0.00 | $6,002.63 | |

| For the period of 11/3/2008 to 5/2/2011 | | For the entire history of the account between 02/21/2011 to 5/2/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,002.63 | Total Internal/Transfer Receipts: | $6,002.63 |
| | | | |
| Total Compensable Disbursements: | $6,002.63 | Total Compensable Disbursements: | $6,002.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,002.63 | Total Comp/Non Comp Disbursements: | $6,002.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 08-29833-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | KRAVTSOV, VALERIAN | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******6685 | **Money Market Acct #:** ******9833 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 11/3/2008 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 5/2/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $6,000.66 | | $6,000.66 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.05 | | $6,000.71 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.25 | | $6,000.96 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.25 | | $6,001.21 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.25 | | $6,001.46 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.25 | | $6,001.71 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.25 | | $6,001.96 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.25 | | $6,002.21 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.25 | | $6,002.46 |
| 02/21/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 2/21/2011 | 1270-000 | $0.17 | | $6,002.63 |
| 02/21/2011 | | Transfer To: #******9833 | | 9999-000 | | $6,002.63 | $0.00 |
| | | | **TOTALS:** | | $6,002.63 | $6,002.63 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $6,000.66 | $6,002.63 | |
| | | | **Subtotal** | | $1.97 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1.97 | $0.00 | |

**For the period of 11/3/2008 to 5/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.97 |
| Total Internal/Transfer Receipts: | $6,000.66 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,002.63 |

**For the entire history of the account between 06/25/2010 to 5/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $1.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.97 |
| Total Internal/Transfer Receipts: | $6,000.66 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,002.63 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 08-29833-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KRAVTSOV, VALERIAN | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******6685 | Money Market Acct #: | ******9833 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 11/3/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/2/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,002.63 | $6,002.63 | $0.00 |

**For the period of 11/3/2008 to 5/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,002.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,002.63 |
| Total Internal/Transfer Receipts: | $12,003.29 |
| | |
| Total Compensable Disbursements: | $6,002.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,002.63 |
| Total Internal/Transfer Disbursements: | $12,003.29 |

**For the entire history of the case between 11/03/2008 to 5/2/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,002.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,002.63 |
| Total Internal/Transfer Receipts: | $12,003.29 |
| | |
| Total Compensable Disbursements: | $6,002.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,002.63 |
| Total Internal/Transfer Disbursements: | $12,003.29 |